FILED
2016 NOV 14  PM 1:10
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| Plaintiff(s) | CR12-01106-SVW |
| vs | |
| Jay White | WARRANT FOR ARREST |
| Defendant(s) | 1:16 MJ 9276 |

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest <u>Jay White</u> and bring him forthwith to the nearest Magistrate Judge to answer to a(n): ☐ Complaint  ☐ Indictment  ☐ Information  ☐ Order of Court  ☒ Violation Petition  ☒ Violation Notice charging him with: (ENTER DESCRIPTION OF OFFENSE BELOW)

in violation of Title <u>18</u>  United States Code, Section(s)  <u>3583(e)(3)</u>

| Kiry K. Gray | |
|---|---|
| NAME OF ISSUING OFFICER | |
| Clerk of Court | September 20, 2016 at Los Angeles, California |
| TITLE OF ISSUING OFFICER | DATE AND LOCATION OF ISSUANCE |
| *Paul M. Cruz* | By [signature] |
| SIGNATURE OF DEPUTY CLERK | NAME OF JUDICIAL OFFICER |
| Paul M. Cruz | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |

RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION)

| DATE RECEIVED | NAME OF ARRESTING OFFICER |
|---|---|
| DATE OF ARREST | TITLE |
| DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO | SIGNATURE OF ARRESTING OFFICER |

G-04  (10/15)          WARRANT FOR ARREST

PROB 12
(Rev. 11/04)


FILED
CLERK, U.S. DISTRICT COURT
Sept 20, 2016
CENTRAL DISTRICT OF CALIFORNIA
BY: PMC  DEPUTY

# United States District Court
for
CENTRAL DISTRICT OF CALIFORNIA

U.S.A. VS. Jay White  Docket No.: CR12-01106-SVW

### Petition on Probation and Supervised Release (Bench Warrant)

COMES NOW MICHELLE A. CAREY, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of <u>Jay White</u> who was placed on supervision by the Honorable <u>STEPHEN V. WILSON</u> sitting in the Court at <u>Los Angeles, California</u>, on the <u>13th</u> day of <u>July, 2013</u> who fixed the period of supervision at <u>three years</u>, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Order(s).

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

(SEE ATTACHED)

**PRAYING THAT THE COURT WILL ORDER** issuance of a bench warrant addressed to any United States Marshal or any other authorized officer within the United States of America, requiring the detention and return of Jay White before the United States District Court at Los Angeles, California, to show cause why the supervision order, heretofore entered, should not be revoked.

ORDER OF COURT

Considered and ordered this <u>20th</u> day of <u>Sept.</u>, 20<u>16</u> and ordered filed and made a part of the records in the above case.

_____
United States District Judge
HONORABLE STEPHEN V. WILSON

I declare under penalty of perjury that the foregoing and/or attached is true and correct to the best of my knowledge.

Executed on September 15, 2016

/S/SANDRA ACEVEDO
U. S. Probation Officer

Place: <u>Inglewood, California</u>

U.S.A. VS Jay White
Docket No CR12-01106-SVW

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

It is alleged that the above-named supervisee has violated the terms and conditions to wit:

1. Having been ordered by the Court to report to the Probation Officer within 72 hours upon release from any period of custody, Jay White failed to report to the Probation Officer after release on February 23, 2016;

2. Having been ordered by the Court to participate in an outpatient substance abuse treatment and counseling program, as directed by the Probation Officer, on March 21, 2016, Jay White failed to report for intake at Detection and Treatment Resources; and

3. Having been ordered by the Court to participate in a residential substance abuse treatment and counseling program, as directed by the Probation Officer, on March 25, 2016, Jay White failed to report for intake at the residential substance abuse program.